AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

_Rudy Tijerina_

CASE NUMBER: _08 CR 1540 JM_

I, _Rudy Tijerina_, the above named defendant, who is accused of

_21 USC SECTION 843(b) — UNLAWFUL USE OF A COMMUNICATION FACILITY IN COMMITTING AND FACILITATING CONTROLLED SUBSTANCE OFFENSE_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _6/27/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _[signature]_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judge

**FILED**
JUN 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _MB_ DEPUTY

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd