```
FILED
JUN 2 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          MB         DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. <u>08-CR-1540</u> |
| | ) | |
| Plaintiff, | ) | |
| | ) | I N F O R M A T I O N |
| | ) | **(Superseding)** |
| v. | ) | Title 21, U.S.C., Sec. 843(b)- |
| | ) | Unlawful Use of a Communication |
| | ) | Facility; |
| RUDY TIJERINA (D5), | ) | |
| | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about January 9, 2008, within the Southern District of California, defendant RUDY TIJERINA did knowingly and intentionally use a communication facility, namely, a telephone, to communicate with THOMAS SWIFT (charged elsewhere), in committing, causing and facilitating a controlled substance offense, in violation of Title 21, United States Code, Section 841(a)(1), that is, the manufacture of marijuana plants, to wit: approximately 2,266 marijuana plants, a Schedule I Controlled Substance;

in violation of Title 21, United States Code, Section 843(b).

DATED: June 27, 2008.

KAREN P. HEWITT
United States Attorney

STEWART M. YOUNG
Assistant U.S. Attorney