**NANCY BRYN ROSENFELD**
Attorney at Law
California State Bar No. 99108
1168 Union Street, Suite 303
San Diego, CA 92101
Telephone (619) 234-3616

Attorney for Defendant
**RUDY TIJERINA, JR.**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JEFFREY T. MILLER)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. **08 cr 1540-JM-5** |
| Plaintiff, | **JOINT MOTION TO CONTINUE MOTION HEARING FROM September 29, 2008 TO November 10, 2008** |
| v. | |
| **RUDY TIJERINA, JR.** | |
| Defendant. | |

Rudy Tijerina, Jr. by and through counsel, Nancy Bryn Rosenfeld, and the Government, by and through Assistant United States Attorney Stewart Young, hereby jointly move to continue the sentencing hearing currently scheduled for September 29, 2008 until November 10, 2008.

The motion is based on the attached Declaration.

A proposed order will be emailed to the Court

Dated: September 1, 2008        *s/ Nancy Bryn Rosenfeld*
                                Nancy Bryn Rosenfeld
                                Attorney for Defendant
                                **Rudy Tijerina, Jr.**

Dated: September 1, 2008        *s/ Stewart Young*
                                Stewart Young
                                Assistant United States Attorney

1

**NANCY BRYN ROSENFELD**
Attorney at Law
California State Bar # 99108
1168 Union Street, Ste. 303
San Diego, CA  92101-3818
Telephone: (619) 234-3616

Attorney for Defendant
**RUDY TIJERINA**

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(**HON. JEFFREY T. MILLER**)

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | Case No. 08 cr 1540-JM-5 |
| Plaintiff, ) | Declaration in Support of Continuance of Sentencing Hearing |
| ) | |
| **RUDY TIJERINA,JR** ) | |
| Defendant. ) | |
| _____ ) | |

I, Nancy Bryn Rosenfeld, declare as follows:

1.  I am the attorney for the above named defendant in this case. I need additional time to conduct further investigation into my client's background including his mental health.  Also, I have just received the presentence report and am unable to review it with my client in a timely fashion as I am beginning a five week trial in Superior Court on September 10, 2008. Further, I am scheduled to be engaged in trial on the date currently scheduled for hearing in this case.

3.  Assistant United States Attorney Stewart Young joins in this motion.

I declare under penalty of perjury the foregoing is true and correct.

September 1, 2008          /s//Nancy Bryn Rosenfeld
                           _____
                           Nancy Bryn Rosenfeld