**NANCY BRYN ROSENFELD**
Attorney at Law
California State Bar No. 99108
1168 Union Street, Suite 303
San Diego, CA 92101
Telephone (619) 234-3616

Attorney for Defendant
**RUDY TIJERINA, JR.**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.08 cr 1540 JM-5 |
| Plaintiff, | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| v. | |
| RUDY TIJERINA, | |
| Defendant. | |

I, Rudy Tijerina, acknowledge that my next court date is November 10, 2008, at 9:00 a.m. before the Jeffrey T. Miller for sentencing.

Dated: 9-5-08

Rudy Tijerina
Defendant