**NANCY BRYN ROSENFELD**
Attorney at Law
California State Bar # 99108
1168 Union Street, Suite 303
San Diego, California 92101
Telephone: (619) 234-3616

Attorney for Defendant
**RUDY TIJERINA, JR.**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>v. )<br>)<br>RUDY TIJERINA, JR. )<br>)<br>)<br>Defendant. ) | Case No 08 cr 1540 JM (BLM)<br><br>**JOINT MOTION AND<br>APPLICATION FOR BOND<br>MODIFICATION** |

    Rudy Tijerina, by and through counsel requests the court grant the joint motion to modify the conditions of bond to allow him to travel outside the Southern District of California to visit relatives in Texas and Louisiana from October 3 until October 9, 2008.

    When the parties appeared in court on June 27, 2008, the court indicated that the bond could be so modified as long as the sureties gave written consent. The court further indicated that a stipulation could be submitted to the court or a joint motion.

Dated: September 8, 2008    s/ *Nancy Bryn Rosenfeld*
                                       Nancy Bryn Rosenfeld
                                       Attorney for Defendant
                                       **Rudy Tijerina, Jr.**

Dated: September 8, 2008    s/ *Stewart Young*
                                       Stewart Young
                                       Assistant United States Attorney

## DECLARATION

I, Nancy Bryn Rosenfeld, declare as follows:

1. I am appointed to represent Rudy Tijerina, Jr. In the above entitled case, where he has pleaded guilty to a telephone count in connection with a 13 defendant, conspiracy to distribute marijuana case. Sentencing is currently set for November 10, 2008.

2. When the parties were in court on June 27, 2008. the court indicated upon hearing from counsel and pretrial that it would modify the bond upon a joint motion and written consent of the sureties.

3. Assistant United States Attorney Stewart Young has consented to his electronic signature being placed on this joint motion.

4. I have attached the written consent of all sureties.

I declare under penalty of perjury the foregoing is true and correct.

Dated: 9-8-2008

Executed this 8th day of September, 2008.
*/s/Nancy Bryn Rosenfeld*
Nancy Bryn Rosenfeld