1 NANCY BRYN ROSENFELD
Attorney at Law
2 California State Bar # 99108
1168 Union Street, Suite 303
3 San Diego, California 92101
Telephone: (619) 234-3616
4 Facsimile:   (619) 234-0054

5 Attorney for Defendant
RUDY TIJERINA, JR.
6

7           UNITED STATES DISTRICT COURT
8           SOUTHERN DISTRICT OF CALIFORNIA
9        (HON. BARBARA L. MAJOR, MAGISTRATE JUDGE)
10
11 UNITED STATES OF AMERICA, )   Case No 08 CR 1540-JM (BLM)
                              )
12           Plaintiff,        )  SURETIES CONSENT FOR
                              )  BOND MODIFICATION
13                            )
   v.                         )
14                            )
   RUDY TIJERINA, JR. (5)     )
15                            )
                              )
16 _____Defendant._____)

17       We the undersigned sureties, agree that the bond may be modified to
18 permit Rudy Tijerina to travel to Texas and Louisiana for a visit during the dates
19 of October 3 through October 9, 2008.

20 Dated: 9-5-08                    _____
                                    Carrie Ramirez
21

22 Dated: _____              _____
                                    Nellie Salinas
23

24 Dated: _____              _____
                                    Daniel Salinas
25

26 Dated: _____              _____
                                    Alex Herrera
27

28 Dated: _____              _____
                                    Victoria Herrera

                              1

1 **NANCY BRYN ROSENFELD**
  Attorney at Law
2 California State Bar # 99108
  1168 Union Street, Suite 303
3 San Diego, California 92101
  Telephone: (619) 234-3616
4 Facsimile: (619) 234-0054

5 Attorney for Defendant
  RUDY TIJERINA, JR.
6

7              UNITED STATES DISTRICT COURT

8              SOUTHERN DISTRICT OF CALIFORNIA

9         (HON. BARBARA L. MAJOR, MAGISTRATE JUDGE)

10 UNITED STATES OF AMERICA,  )   Case No 08 CR 1540-JM (BLM)
11                Plaintiff,  )
                              )   SURETIES CONSENT FOR
12                            )   BOND MODIFICATION
13                            )
   v.                         )
14                            )
   RUDY TIJERINA, JR. (5)     )
15                            )
                              )
16 _____Defendant._____)

17         We the undersigned sureties, agree that the bond may be modified to
18 permit Rudy Tijerina to travel to Texas and Louisiana for a visit during the dates
19 of October 3 through October 9, 2008.

20 Dated:
                              _____
21                            Carrie Ramirez
22 Dated: 9-5-08              _/s/ Nellie Salinas_____
                              Nellie Salinas
23
24 Dated: 9-5-08              _____
                              Daniel Salinas
25
26 Dated:                     _____
                              Alex Herrera
27
28 Dated:                     _____
                              Victoria Herrera

NANCY BRYN ROSENFELD
Attorney at Law
California State Bar # 99108
1168 Union Street, Suite 303
San Diego, California 92101
Telephone: (619) 234-3616
Facsimile: (619) 234-0054

Attorney for Defendant
RUDY TIJERINA, JR.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. BARBARA L. MAJOR, MAGISTRATE JUDGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No 08 CR 1540-JM (BLM) |
| Plaintiff, | SURETIES CONSENT FOR BOND MODIFICATION |
| v. | |
| RUDY TIJERINA, JR. (5) | |
| Defendant. | |

We the undersigned sureties, agree that the bond may be modified to permit Rudy Tijerina to travel to Texas and Louisiana for a visit during the dates of October 3 through October 9, 2008.

Dated: _____   Carrie Ramirez

Dated: _____   Nellie Salinas

Dated: _____   Daniel Salinas

Dated: 9/5/08            Alex Herrera

Dated: 9/5/08            Victoria Herrera