**NANCY BRYN ROSENFELD**
Attorney at Law
California State Bar # 99108
1168 Union Street, Suite 303
San Diego, California 92101
Telephone: (619) 234-3616

Attorney for Defendant
**RUDY TIJERINA, JR.**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No 08 cr 1540 JM (BLM) |
| Plaintiff, ) | |
| ) | **ORDER RE BOND MODIFICATION** |
| v. ) | |
| RUDY TIJERINA, JR. ) | |
| Defendant. ) | |

Good cause appearing, it is hereby ordered that the conditions of bond shall be modified to permit Rudy Tijerina, Jr. to travel outside the Southern District of California, to Texas and Louisiana from October 3 until October 9, 2008. *D must provide to PSA prior to his departure written notice of dates of travel, method/means of travel, + address + telephone number of place(s) he'll be staying.*

Dated: 9/9/08

BARBARA L. MAJOR
Magistrate Judge, United States District Court