# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HON. JEFFREY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No **08 cr 1540-JM-5** |
| Plaintiff, ) | **ORDER CONTINUING SENTENCING HEARING** |
| v. ) | |
| RUDY TIJERINA, JR ) | |
| Defendant. ) | |

Good cause appearing;

**IT IS HEREBY ORDERED** that the sentencing hearing for defendant, Rudy Tijerina, Jr., shall be continued from **November 10, 2008 at 9:00 a.m. to December 5, 2008 at 9:00 a.m.**

**SO ORDERED**.

DATED: November 7, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge